July 11, 2018



Hon. Charles J. Siragusa
United States District Court
Western District of New York
1360 U.S. Courthouse
100 State Street, Room 127
Rochester, New York 14614

      Re:    James W. Yoo v. Rochester General Hospital, et al.

             Civil Action No. 18-CV-6398

Dear Judge Siragusa:

      I am writing to inquire about the status of my Application for Order Directing Service by U.S. Marshal submitted on June 26th 2018 at the U.S. District Court Clerk's office.

      Will you be so kind and provide an update regarding the status of my Application for Order Directing Service by U.S. Marshal?

                                  Respectfully,

                                    James W. Yoo

                                    Plaintiff, Pro Se

                                    711 Rookery Way
                                    Macedon, NY  14502
                                    Mobile:  315-830-4761
                                    thejamesyoo@protonmail.com

filed and submitted: U.S. District Court, Western District of NY Clerk's Office