July 13, 2018



Hon. Charles J. Siragusa
United States District Court
Western District of New York
1360 U.S. Courthouse
100 State Street, Room 127
Rochester, New York 14614

Re: James W. Yoo v. Rochester General Hospital, et al.
Civil Action No. 18-CV-6398

Dear Judge Siragusa:

I request that the Court immediately seal the INITIAL complaint for my civil action number 18-CV-6398 filed with the Court on May 30th 2018.

I filed an AMENDED Complaint for civil action number 18-CV-6398 with the Court on June 26th 2018; I believe my AMENDED Complaint better protects private information as compared to the initial complaint.

Will Your Honor be so kind and notify me If Your Honor requires a formal Motion to be filed with the Court to seal my INITIAL complaint or whether this letter to Your Honor suffices my request?

Respectfully,

James W. Yoo
Plaintiff, Pro Se

711 Rookery Way
Macedon, NY 14502
Mobile: 315-986-0972
thejamesyoo@protonmail.com

filed and submitted: U.S. District Court, Western District of NY Clerk's Office