July 16, 2018



Hon. Charles J. Siragusa
United States District Court
Western District of New York
1360 U.S. Courthouse
100 State Street, Room 127
Rochester, New York 14614

    Re:    James W. Yoo v. Rochester General Hospital, et al.
              Civil Action No. 18-CV-6398

Dear Judge Siragusa:

I am writing to immediately withdraw, without prejudice, my Application for Order Directing Service by U.S. Marshal submitted on June 26th 2018 at the U.S. District Court Clerk's office.

                                      Respectfully,

                                      James W. Yoo

                                      Plaintiff, Pro Se


                                      711 Rookery Way
                                      Macedon, NY 14502
                                      Mobile: 315-830-4761
                                      thejamesyoo@protonmail.com


filed and submitted: U.S. District Court, Western District of NY Clerk's Office