AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| JAMES W. YOO,<br>*Plaintiff*<br>v.<br>ROCHESTER GENERAL HOSPITAL, MONROE COUNTY SHERIFF'S OFFICE and STEPHANIE SCROGER YOO,<br>*Defendant* | )<br>)<br>)  Civil Action No.   18-CV-6398 CJS<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   This action is indisputably frivolous and is therefore dismissed with prejudice. The Clerk of the Court is directed to terminate this action. The pending applications are denied as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Charles J. Siragusa   on motion for
This action is dismissed with prejudice.

Date:   07/26/2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*