**MIRA CHOCKALINGAM, M.D.**
INTERNAL MEDICINE • INFECTIOUS DISEASES

2550 BAIRD ROAD
PENFIELD, NEW YORK 14526
TELEPHONE (585) 586-2355
FAX (585) 586-2922

08/06/2018

Mr. James W. Yoo, Pro Se

711 Rookery Way,

Macedon, NY 14502


Ref: Civil Action No. 18–CV–6398


**My reply to paragraphs 220(page83), 280(page 113 &114) and Count VIII (Page 231) of Civil Action No. 18 – CV – 6398.**

   This is in response to the summons served by United States District Court dated June 26,2018 advising to answer the allegations made there in by you, referred above.


   1. Your charge on page 83, Paragraph No 220 regarding FMLA. It was issued at the request of your wife Stephanie with the reason to attend on you. The reason cited by her was to attend to your doctor appointments and provide Medical care. It was categorically mentioned by me that <u>you were not my patient</u> in the FMLA. Trusting your wife's oral statement of facts, the FMLA was issued by me. You have duly authorized the relevant documentation by signing the FMLA. Based on which my recommendation was made to your wife's employer to sanction her FMLA.  In fact, this is what you stated at Paragraph 220 on page 83. There is no malafide intentions on my behalf.

   2. Your charge on page no 113 and 114, Paragraphs 280, 281,282 and 283, regarding a lab order. Yes, this was given on request by your wife who is my patient for many years. As stated by you this lab order was found by you tucked away in a file. You have not utilized this requisition. The medical code I referred is for a healthy person. The lab order was given in good faith anticipating you will seek a medical

appointment with our office as discussed with your wife. <u>You have not established care in my office.</u> It was done without any malafide intentions.

3. Count VII, As stated above I have not caused any emotional, mental or psychological distress intentionally or unintentionally. This does not merit any monetary relief to you.

4. Referring to count VIII on page 231, Paragraph 558 to 566. Implicating me under Medical Malpractice (NEW YORK CPLR 214-a) for the reason quote" actions and/or conduct harmed and/or damaged Plaintiff emotionally and psychologically" Unquote is untenable, as I did not treat you in any way medically and I am not involved with you as a Health Care Provider.

Hope this clarifies the issues raised by you relevant to me on the civil action suit filed by you.

This reply is sent without prejudice to my legal rights to further recourse to your allegations.

*[signature]*

Mirabai Chockalingam, MD

MC/yv


Copy submitted to Hon'ble United States District Court for the Western District of New York.

MIRA CHOCKALINGAM, M.D.
2550 BAIRD ROAD
PENFIELD, NY  14526-2331

7018 0360 0002 0006 2270

AUG 29 2018

Attn: Clerk of Court.
United States District Court
100 State Street
Rochester, NY 14614

RETURN RECEIPT
REQUESTED

FCM LETTER
EAST ROCHESTER, NY
14445
AUG 27 '18
AMOUNT
$6.70
R2305M143483-10